**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

| | |
|---|---|
| Case No: 03-12983 MAM | Trustee Name: LONNIE MIXON |
| Case Name: DIXON, JERRY W. & SHIRLEY F. | Bank Name: BANK OF AMERICA |
| | Account Number: *******1704 BofA Money Market |
| Taxpayer ID No: - | |
| For Period Ending: 03/17/04 | Blanket Bond (per case limit): $ 0.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 03/17/04 | | Jerry Dixon | PROCEEDS OF SALE REAL PROPERTY  Bank Money Order # 138558 dated March 6, 2004 in the amount of $2,000.00. | 2,000.00 | | 2,000.00 |

```
                                          COLUMN TOTALS           2,000.00         0.00         2,000.00
                                            Less:  Bank Transfers     0.00         0.00
                                          Subtotal                2,000.00         0.00
                                            Less:  Payments to Debtors              0.00
                                          Net                     2,000.00         0.00

                                                                                   NET         ACCOUNT
                                 TOTAL - ALL ACCOUNTS          NET DEPOSITS   DISBURSEMENTS    BALANCE
                                 BofA Money Market - 3758231704   2,000.00         0.00         2,000.00
                                                                -----------    -----------    -----------
                                                                  2,000.00         0.00         2,000.00
                                                                ===========    ===========    ===========
```

I, Lonnie L. Mixon certify the transactions on this
statement (Form 2) to be
accurate and accountable for the reporting period.

               /s/    LONNIE MIXON
Trustee's Signature: _____ Date: 03/17/04
                  LONNIE MIXON

Page Subtotals    2,000.00    0.00

LFORM2    Case 03-12983  Doc 19  Filed 03/17/04  Entered 03/17/04 19:14:38  Desc Main    Ver: 8.56a
Document    Page 1 of 1