Form B271 (Official Form 271)

# United States Bankruptcy Court
Southern District of Alabama

In Re:
JERRY W. DIXON
xxx−xx−7079

SHIRLEY F. DIXON
xxx−xx−8914

Case Number: 03−12983

## FINAL DECREE

The estate of the above named debtor has been fully administered. Lonnie L. Mixon is discharged as trustee of the estate of the above−named debtor and the bond is cancelled:

The Chapter 7 case of the above named debtor is closed; and the surety or sureties on said bond be, and they hereby are released further liability thereunder, except any liability which may have accrued during the time such bond was in effect.

Date: 12/27/05

MARGARET A. MAHONEY
UNITED STATES BANKRUPTCY JUDGE